IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HASAN S.D. GHITHAN,<br><br>        Petitioner,<br><br>vs.<br><br>TOM MILLER, Attorney General; KRISTJEN NIELSEN, Secretary of DHS; and WILLIAM CONNOR, U.S. ICE Field Office Director of the Nebraska District;<br><br>        Respondents. | 8:18CV204<br><br>**MEMORANDUM<br>AND ORDER** |

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (filing no. 1) and a Motion for Leave to Proceed in Forma Pauperis (filing no. 2). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). Petitioner paid the $5.00 filing fee on May 23, 2018. Accordingly,

IT IS ORDERED that Petitioner's Motion for Leave to Proceed in Forma Pauperis (filing no. 2) is denied as moot. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with 28 U.S.C. § 2243 and Rule 1(b) of the *Rules Governing Section 2254 Cases in the United States District Courts* (allowing courts to apply Rule 4 of those rules to a section 2241 action). The court will conduct this review in its normal course of business.

Dated this 24th day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge